# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO BAYKEEPER, a California nonprofit public benefit corporation; SURFRIDER FOUNDATION, a California nonprofit public benefit corporation, SAN DIEGO CHAPTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a California municipal corporation,<br><br>Defendant. | Civil No.   01-0550-B (POR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

The Court held a Settlement Conference on April 27, 2007. Rory Wicks appeared on behalf of Plaintiffs San Diego Baykeeper and Surfrider Foundation; Brad O'Brien and Gary Hess appeared on behalf of Plaintiff United States of America; and Tom Zeleny appeared as counsel for Defendant City of San Diego, represented by Timothy Birch. The parties represent that they will soon submit their final consent decree for approval. The Court shall hold a further Settlement Conference in this matter on **September 28, 2007** at **1:30 p.m.** That conference shall be telephonic, with attorneys only. Counsel for Plaintiff Surrider Foundation shall initiate and coordinate the conference call.

**IT IS SO ORDERED.**

DATED: August 21, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

- 1 - 01cv0550